THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STILWELL VALUE PARTNERS II, L.P., STILWELL VALUE PARTNERS V, L.P., STILWELL VALUE PARTNERS VI, L.P., STILWELL VALUE PARTNERS VII, L.P., STILWELL PARTNERS, L.P., STILWELL ASSOCIATES, L.P., STILWELL VALUE LLC, and JOSEPH STILWELL, <br><br> Plaintiffs, <br><br> vs. <br><br> MILLER NASH LLP, and RICHARD THOMAS OLSON, <br><br> Defendants. | Civil Action No.: 2:14-cv-00728 <br><br> **PLAINTIFFS' RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL** |

Plaintiffs, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and prior to any defendants' Notice of Appearance, service of an answer or motion for summary judgment, hereby submits this notice of voluntary dismissal of this action, without prejudice, and without costs to any party, for the reason that upon further investigation, it was determined that one of the limited partners of the plaintiff limited partnerships is a resident of the State of Washington. Upon discovery of this, plaintiffs' have refiled the identical matter in the King County Superior court as

PLAINTIFFS' RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL - 1

Law Offices of
ROBERT B. GOULD
4100 194th Street SW, Suite 215
Lynnwood, Washington 98036
(206) 633-4442 (Phone)
(206) 633-4443 (Fax)

1. appropriate. A copy of this Notice of Dismissal will be sent to all counsel who have accepted
2. service on behalf of the parties.

     DATED: May 28, 2014

*/s/ Robert B. Gould*

LAW OFFICES OF ROBERT B. GOULD
Robert B. Gould, Esq., WSBA No. 4353
4100 194th Street SW, Suite 215
Lynnwood, WA 98036
(206) 633-4442
(206) 633-4443 – Fax
rbgould@nwlegalmal.com
Co-Counsel for Plaintiffs

*Edward F. Ruberry by /s/ Robert B. Gould*

RUBERRY, STALMACK & GARVEY, LLC
Edward F. Ruberry, Esq., *to seek admission pro hac vice*
James J. Berdelle, Esq., *to seek admission pro hac vice*
Adam C. Maxwell, Esq., *to seek admission pro hac vice*
500 West Madison Street, Suite 2300
Chicago, IL 60661-2511
(312) 466-8050
(312) 466-8055 – Fax
Co-Counsel for Plaintiffs

---

PLAINTIFFS' RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL - 2

     Law Offices of
    ROBERT B. GOULD
4100 194th Street SW, Suite 215
Lynnwood, Washington 98036
(206) 633-4442 (Phone)
(206) 633-4443 (Fax)